J. D. PARKER v. CLARENCE L. SMITH AND FAULK CARTER, CO-PARTNERS TRADING UNDER THE NAME OF ABERDEEN TOBACCO WAREHOUSE, THESSALY MANNING AND ROBERT PHILLIPS.

(Filed 7 January, 1942.)

APPEAL by defendants, Thessaly Manning and Robert Phillips, from *Olive, Special Judge,* at March Term, 1941, of MOORE.

*Johnson & McCluer and U. L. Spence for plaintiff, appellee.*
*J. H. Scott for defendants, Thessaly Manning and Robert Phillips, appellants.*

PER CURIAM. Thessaly Manning and Robert Phillips appealed from an order of the judge holding March Term, 1941, of Moore Superior Court, setting aside a separate judgment against the plaintiff obtained by default on their counterclaims to · plaintiff's cause of action, on the ground of excusable neglect. C. S., 600.

Upon a careful examination of the record we are of opinion the matter was within the jurisdiction of the court and in accordance with recognized procedure. The appeal discloses no sufficient reasons why the order setting aside the default judgment should be disturbed, and it is

Affirmed.